IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HTG CAPITAL PARTNERS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 15-cv-2129 |
| | ) | |
| JOHN DOE(S), | ) | Hon. Edmond E. Chang |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF ROBERT KREWER**

I, Robert Krewer, submit this declaration in the above-captioned case. I have personal knowledge of the matters set forth herein and could testify competently about these matters if called as a witness.

1. I am currently employed at CME Group Inc. ("CME"). In my role as a Director Memberships, I have access to membership records that the Company keeps in the ordinary course of its business.

2. On October 26, 2015, CME's counsel informed me that a Court had ordered CME to identify the membership status of the counterparty to a number of trades identified in an exhibit submitted by HTG Capital Partners, LLC. Counsel provided me with a list of firm names and asked me to prepare a list showing (i) whether the firm is currently a CBOT member and (ii) the date range they held their membership. Counsel instructed me to identify the membership status as of October 26, 2015 and to identify whether each entity was a member from January 1, 2013 through August 29, 2014.

3. In order to determine each entities membership information, I checked

1

CME's computer system where the membership records are kept. CME keeps membership records on current and former CBOT members, including the date ranges on which they were a member. I identified the relevant information from the list counsel gave me and included it below:

> Redacted -- Confidential

I declare under penalty of perjury, pursuant to 28 U.S.C. §1746, that the foregoing statements are true and correct.

Executed on October 30, 2015.

Robert Krewer

> Redacted -- Confidential